IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL PENKALSKI,

                                                                                           ORDER

                        Plaintiff,

                                                                                           12-cv-168-bbc

     v.

UW BOARD OF REGENTS,
MARK GUTHIER, SUSAN RISELING,
UW-MADISON POLICE DEPARTMENT,
THE WISCONSIN UNION, DANE COUNTY
DISTRICT ATTORNEY'S OFFICE, JOHN D.
WILEY, ISMAEL OZANNE and DANE
COUNTY CIRCUIT COURT,

                        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

     I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

     Entered this 14th day of March, 2012.

                                              BY THE COURT:
                                              /s/
                                              BARBARA B. CRABB
                                              District Judge