IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL PENKALSKI,

                Plaintiff,                          ORDER

    v.

                                                12-cv-168-wmc

TANNER GERSTNER,

                Defendant.

---

    Consistent with the court's July 10, 2015, order (dkt. #42), attached is the draft jury instructions, which include a description of the court's liability findings and instructions for damages.

    Entered this 15th day of July, 2015.

                                  BY THE COURT:

                                  /s/

                                _____
                                WILLIAM M. CONLEY
                                District Judge